UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IMAGIMED, LLC,

                    Plaintiff,

        -v-

WESTCHESTER FIRE INSURANCE
COMPANY,

                   Defendant.

------------------------------------------------------------X

No. 13 Civ. 2031 (RA)

ORDER

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/13

RONNIE ABRAMS, United States District Judge:

      The Court is in receipt of the parties' joint letter dated May 31, 2013 indicating that they have agreed to a settlement-in-principle. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:     June 3, 2013
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge

Kevin D. Szczepanski
Partner
Direct Dial: 716.848.1485
Direct Facsimile: 716.819.4764
kds@hodgsonruss.com

**HodgsonRuss** LLP
ATTORNEYS

May 31, 2013

**E-Mail**

Hon. Ronnie Abrams, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        Re:    **Imagimed, LLC v. Westchester Fire Insurance Company**
                **Case No. 13-cv-02031 (RA)**

Dear Judge Abrams:

      We represent defendant Westchester Fire Insurance Company. We are writing jointly on behalf of Westchester and plaintiff Imagimed, LLC to request an extension of time, through June 14, 2013, within which to file (1) a joint proposed scheduling order and (2) a joint letter addressing the subject matter of this action, including claims, defenses, and the potential for a settlement.

      The reason for our joint request is that the parties have agreed to a settlement-in-principle. Westchester's counsel is drafting a settlement agreement, which it expects to send to Imagimed's counsel by this Monday, June 3. The parties hope to complete the settlement within the next two weeks. Meanwhile, the parties are scheduled to appear for an initial conference on June 7. At the conference, the parties will report on the status of the settlement documents.

      We appreciate the Court's considering the parties' joint request to extend our time this way. We are also available for a conference call to further discuss the status of our settlement-in-principle.

                            Sincerely,

                            Kevin D. Szczepanski /bmo

                            Kevin D. Szczepanski

KDS/bmo

Copy to: Steven M. Edwards, Esq.

The Guaranty Building  ♦  140 Pearl Street  ♦  Suite 100  ♦  Buffalo, New York 14202-4040  ♦  telephone 716.856.4000  ♦  facsimile 716.849.0349
042375.00216 Litigation 9158944v1      Albany  ♦  Buffalo  ♦  Johnstown  ♦  New York  ♦  Palm Beach  ♦  Toronto  ♦  www.hodgsonruss.com